UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LEON PACKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A.P.C.,<br><br>　　　　　Defendant. | NO. C12-33 RAJ<br><br>**DEFENDANT'S RULE 26 INITIAL DISCLOSURE STATEMENT** |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Patenaude & Felix, APC, pursuant to Rule 7.1, Fed.R.Civ.P., hereby discloses the following: Patenaude & Felix, APC has no parent corporation and no other corporation owns more than 10% of the stock of Patenaude & Felix, APC.

DATED this 24th day of April, 2012.

WOOD SMITH HENNING & BERMAN, LLP

_____
Gordon G. Hauschild, WSBA #21005
Timothy J. Repass, WSBA #38373
Attorneys for Defendant

LEGAL:06142-0580/2247639.1

DEFENDANT'S RULE 26 INITIAL
DISCLOSURE STATEMENT - 1

WOOD SMITH HENNING & BERMAN LLP
520 Pike Street, Suite 1205
Seattle, WA  98101
(206) 204-6800